George J. Wall, OSB No. 934515,
gwall@eastpdxlaw.com
1336 E. Burnside St., Suite 130
Portland OR 97214
Telephone: (503)236-0068
Fax No.: (503)236-0028

　　　Of Attorneys for Plaintiff, Jane Bade

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| JANE BADE | ) | Case No.:   3:15-CV-00839-MO |
| | ) | |
| 　　　　Plaintiff, | ) | |
| | ) | |
| 　　v. | ) | |
| | ) | PLAINTIFF'S PETITION FOR FEES |
| CAROLYN COLVIN, | ) | PER EQUAL ACCESS TO JUSTICE |
| ActingCommissioner, | ) | (SUPPLEMENTAL) |
| 　　　　Defendant | ) | |
| | ) | |

On May 24, 2016 the Court issued an Opinion and Order remanding this case to the Commissioner for further administrative proceedings.  On August 31, 2016, counsel for Plaintiff filed a motion for approval of EAJA fees.  Defendant objected, and on November 14, 2016 the Court approved Plaintiff's petition for EAJA fees.

　　　Counsel for Plaintiff now moves the Court for a supplemental order awarding attorney fees in the amount of $1,763.64 as provided in the Equal Access to Justice Act (EAJA), 28 USC 2412(d), for time expended in defending the August 31, 2016 fee petition.

　　　Plaintiff's counsel represents claimants in disability matters before the Social Security Administration, the Oregon Workers Compensation Board, and the Office of Workers Compensation Programs of the U.S. Department of Labor.  Counsel

primarily represents claimants in administrative proceedings, but occasionally
represents claimants in appeals, as in the present situation.

Counsel's Statement of Services is attached Exhibit A detailing the time
expended in defending his fee petition. Counsel's retainer agreement, providing that
Plaintiff has assigned any EAJA fee to her attorney, is attached as Exhibit B.

Opposing counsel has no objection.

Dated: February 13, 2017.

George J. Wall, OSB #93451
gwall@eastpdxlaw.com
Telephone: (503) 236-0068
Fax: (503) 236-0028
Attorney for Plaintiff, Jane Bade

Page 2 – PETITION FOR EAJA FEES

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| JANE BADE, | ) | Case No.:    3:15-CV-00839-MO |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER AWARDING ATTORNEY |
| | ) | FEES PER 28 USC 2412(d) |
| | ) | (SUPPLEMENTAL) |
| CAROLYN COLVIN, Commissioner, | ) | |
| Social Security Administration | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

It is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28

U.S.C. § 2412, an attorney fee in the amount of $1,763.64 is awarded to Plaintiff.  It is

ordered that the attorney fee will be paid to Plaintiff's attorney, dependent upon

verification that Plaintiff has no debt which qualifies for offset against the awarded fees,

pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S.Ct.

2521 (2010).   If Plaintiff has no such debt, then the check shall be made payable to

Plaintiff's attorney, George J. Wall, and mailed to Plaintiff's attorney's mailing address

at: 1336 E. Burnside St., Suite 130, Portland OR 97214.  If Plaintiff has such debt, then

the check for any remaining funds after offset of the debt shall be made payable to

Page 3 – PETITION FOR EAJA FEES

Plaintiff's attorney and mailed to Plaintiff's attorney's mailing address stated above.

IT IS SO ORDERED this ___20___ day of _____March_____, 2017.

/s/ Michael W. Mosman

UNITED STATES DISTRICT JUDGE

Proposed Order submitted:                    Date: February 13, 2017.

George J. Wall, OSB #93451
gwall@eastpdxlaw.com
Phone No.: 503-236-0068
Fax No.: 503-236-0028
Attorney for Plaintiff, Jane Bade

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Plaintiff's PETITION FOR APPROVAL OF
FEES PER EAJA and PROPOSED ORDER were filed with the Clerk of the Court on
February 13, 2017, using the CM/ECF system, which will send notification of such filing
to the following:

Jeffrey E Staples          jeff.staples@ssa.gov, OGC.Seattle.ECF@ssa.gov

Janice E Hebert           Janice.Herbert@usdoj.gov, trudylee.fleming@usdoj.gov,
                          Jan.Sands@usdoj.gov, laura.franzen@usdoj.gov

George J. Wall, OSB No. 934515
Attorney for Plaintiff, Jane Bade

Page 4 – PETITION FOR EAJA FEES